**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARTIQUE DAUGHTRY<br><br>    Plaintiff,<br><br>        v.<br><br>SUPT. KAUFFMAN, *et al.*,<br><br>    Defendants. | No. 3:17-CV-0442<br><br><br>(JUDGE CAPUTO) |

### **ORDER**

**NOW**, this 7th day of January, 2019, **IT IS HEREBY ORDERED** that:

(1) Plaintiff Martique Daughtry's Motion to Appoint Counsel (Doc. 29) is **DENIED without prejudice**.

(2) Defendants' Motion to Set Aside Default Judgment (Doc. 23) is **CONDITIONALLY DENIED**.

(3) Defendants shall have **thirty (30) days** from the date of this order to present a meritorious defense to the allegations in Plaintiff's Complaint.

                                                         /s/ A. Richard Caputo
                                                         A. Richard Caputo
                                                          United States District Judge